UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 817 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| SEAN BERG, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Sean Berg, which was referred to the Magistrate Judge with the consent of the parties.

On February 17, 2022, the government filed a 5 count Superseding Indictment, charging Defendant Berg in Count 1 with Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21 U.S.C. § 846. Defendant Berg was arraigned on March 3, 2022, and entered a plea of not guilty to Count 1 of the Superseding Indictment, before Magistrate Judge Baughman. On May 17, 2022, Magistrate Judge Baughman, received Defendant Berg's plea of guilty to Counts 1 of the Superseding Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Berg

is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Sean Berg is adjudged guilty to Count 1 of the Superseding Indictment, in violation of Title 21 U.S.C.§ 846.  This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on September 8, 2022, at 3:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 13, 2022